JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 15, 2010

Check No. 2017087

Check Amount: $182.20

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-43860-R | 00030 | JUDY A. GIBSON | 10 | XXXXX8808 | 0.27 | 0.00 | 0.27 |
| | | Original check written to:<br>QUIK PAYDAY LOANS<br>PMB 327<br>41 EAST 400 NORTH<br>LOGAN, UT 84321-4020 | | | | | |
| 05-44251-R | 00009 | CHRISTOPHER G. & RHONDA D. ROAN | 3 | XXXXX9184 | 0.24 | 0.00 | 0.24 |
| | | Original check written to:<br>AMERICAN BANK OF TEXAS<br>2011 TEXOMA PARKWAY<br>P. O. BOX 1234<br>SHERMAN, TX 75091-1234 | | | | | |
| 05-44823-R | 00018 | JEREMY DANIEL & DAYLENE RAE RICE | 5 | XXXXX7059 | 92.53 | 0.00 | 92.53 |
| | | Original check written to:<br>STATE FARM TEXAS<br>FEDERAL CREDIT UNION<br>8900 AMBERGLEN BOULEVARD<br>AUSTIN, TX 78729 | | | | | |
| 05-48611-R | 00029 | TRACEY L. HITCHINGS | 5 | XXXXXYNER | 0.48 | 0.00 | 0.48 |
| | | Original check written to:<br>LAKESIDE DENTAL<br>4012 PRESTON ROAD #100<br>PLANO, TX 75093 | | | | | |
| 05-50267-R | 00015 | CAROL JEAN WRIGHT | 3 | 6578 | 10.22 | 0.00 | 10.22 |
| | | Original check written to:<br>QUIK PAYDAY LOANS<br>PMB 327<br>41 EAST 400 NORTH<br>LOGAN, UT 84321-4020 | | | | | |
| 05-50316-R | 10007 | PALISHER T. & LIDEIDRA S. JOHNSON | 5 | 6773 | 78.46 | 0.00 | 78.46 |
| | | Original check written to:<br>CAPITAL ONE<br>P. O. BOX 4539<br>HOUSTON, TX 77210-4539 | | | | | |
| | | | | **TOTALS** | **$182.20** | **$0.00** | **$182.20** |